THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* STAN SCOTT, a/k/a LESTER STANLEY SCOTT, Defendant-Appellant.

(No. 57542; ▮▮▮▮▮▮▮▮▮▮▮▮

First District (3rd Division)—July 12, 1973.

PER CURIAM.

McGLOON, J., took no part.

G. M. Cooper, III, R. E. Pincham, and Charles B. Evins, all of Chicago, for appellant.

Bernard Carey, State's Attorney, of Chicago, (Kenneth L. Gillis and Sharon Grossman, Assistant State's Attorneys, of counsel,) for the People.